# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNETTE G. HAGANS and <br> KOVANA K. REESE, as co-tutrix for the minor <br> child, C. C. P., IV, <br><br> Plaintiffs, <br><br> vs. <br><br> SUN LIFE ASSURANCE COMPANY <br> OF CANADA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

**TO:   THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

Comes now defendant, Sun Life Assurance Company of Canada, and respectfully notifies this Court of the removal of the above-styled cause from the 40TH Judicial District Court, Parish of St. John the Baptist, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. §1331, §1441, and 29 U.S.C. §1132, and says as follows:

I.

This action is being removed to federal court based upon federal question jurisdiction under 28 U.S.C. §1331 and under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq*. (hereafter "ERISA").

II.

On or about June 29, 2018, Plaintiffs filed in the state court the above-entitled civil action, bearing Cause No. 72453 in the records and files of that Court. Defendant was served with process via the State of Louisiana Secretary of State on or about July 12, 2018.

III.

The aforesaid state court action is a suit of a wholly civil nature of which the United States District Court for the Eastern District of Louisiana, has original jurisdiction under 28 U.S.C. §1331 and 29 U.S.C. §1132(e)(1), and is one that may be removed by petitioner pursuant to 28 U.S.C. §1441(a).

IV.

This Court has federal question jurisdiction over the action because Plaintiffs, as the representatives of an alleged beneficiary in an employee welfare benefit plan, seek recovery of benefits and other relief under said employee welfare benefit plan. The plan is controlled by ERISA:

    a.    Plaintiffs seeks death benefits under a life insurance plan that was sponsored by Heico Holdings, Inc. d/b/a Ceco Concrete Construction, LLC, for its eligible employees. At all times relevant hereto, the employer established and/or maintained an employee welfare benefit plan and plaintiffs allege that the decedent was covered under said employee welfare benefit plan, and, as such, was a participant under said employee welfare benefit plan and plaintiffs allege that the decedent's minor child is a beneficiary under said plan;

    b.    The plan is one established or maintained by an employer as defined by ERISA, 29 U.S.C. §1002(5). That section defines an employer as "any person acting directly as an employer, or indirectly in the interest of an employer, in relation to an employee benefit plan . . . .";

    c.    The plan was established and is maintained for, among other things, the purpose of providing, among other things, life insurance benefits for participants and/or beneficiaries of the plan;

    d.    The plan was and is therefore an employee welfare benefit plan within the meaning of 29 U.S.C. §1002(1);

    e.    Plaintiffs' claim is one for recovery of benefits and other relief under said employee welfare benefit plan; and

    f.       Pursuant to 29 U.S.C. §1132(e), the district courts of the United States have original jurisdiction over actions brought by participants and beneficiaries to recover benefits or other relief under employee welfare benefit plans.

V.

This action is therefore one of which the United States District Court for the Eastern District of Louisiana, has original federal question jurisdiction under 28 U.S.C. §1331 and 1441(a), as well as 29 U.S.C. §1132, and this action may be removed to this Court by petitioner pursuant to 28 U.S.C. §1441(a). The 40th Judicial District Court, Parish of St. John the Baptist, State of Louisiana, is within the venue of the United States District Court for the Eastern District of Louisiana.

VI.

This petition is being filed pursuant to 28 U.S.C. §1446 within thirty (30) days of service of the initial pleading in which a removable claim is asserted, and is removable in that:

    a.       The time for filing this petition under 28 U.S.C. §1446 has not expired;

    b.      Plaintiffs artfully crafted their pleading based wholly upon state law causes of action, claims and/or theories of recovery; and

    c.      In the companion cases of *Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987), and *Pilot Life Insurance Co. v. Dedeaux*, 481 U.S. 41 (1987), the United States Supreme Court established that state law claims such as those asserted by plaintiffs herein are preempted by ERISA, in that ERISA, 29 U.S.C. §1132, provides the plaintiffs' exclusive cause of action and displaces entirely any state cause of action, thus rendering plaintiffs' case, however pleaded, exclusively a federal question case removable to this Court.

VII.

Therefore, defendant files this Notice of Removal of this action from the 40th Judicial District Court, Parish of St. John the Baptist, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. There are attached to this notice, marked Exhibit "A" and incorporated by reference, true and correct copies of all process, pleadings, and orders served upon defendant in this action.

**WHEREFORE,** defendant notifies this Court of the removal of this action from the 40th Judicial District Court, Parish of St. John the Baptist, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        */s/ Atoyia S. Harris*
        Atoyia S. Harris, La. Bar No. 36012
        701 Poydras Street, Suite 3500
        New Orleans, LA  70139
        Telephone:  (504) 648-3840
        Facsimile:  (504) 648-3859
        Email: atoyia.harris@ogletree.com

        Counsel for Sun Life Assurance Company of Canada

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing of Removal has been served on Plaintiff's counsel via facsimile and Federal Express overnight delivery:

> Robert R. Faucheux, Jr.
> Christopher L. Faucheux
> Lindsay M. Faucheux
> 197 Belle Terre Blvd.
> LaPlace, LA   70069
> Telephone:  (985) 651-2889
> Facsimile:   (985) 651-0151

This 27th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　/s/ Atoyia S. Harris

34978300.1