# State of Louisiana
## Secretary of State

07/13/2018

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415



SUN LIFE ASSURANCE COMPANY OF CANADA
C/O KERRI R. ANSELLO
ONE SUN LIFE EXECUTIVE PARK
SC1135 WELLESLEY HILLS, MA  02481

Suit No.: 72453
40TH JUDICIAL DISTRICT COURT
SAINT JOHN THE BAPTIST PARISH

LYNETTE G. HAGANS, ET AL
vs
SUN LIFE ASSURANCE COMPANY OF CANADA

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E CUMMINS

Date: 07/12/2018
Title: DEPUTY SHERIFF

No: 1084931



SG

# EXHIBIT A

D55439475
D55439475

## CITATION

LYNETTE G HAGANS

VS

SUN LIFE ASSURANCE COMPANY OF CANADA

DOCKET NUMBER: C-72453

40TH JUDICIAL DISTRICT COURT

PARISH OF ST.JOHN THE BAPTIST

STATE OF LOUISIANA

To: **SUN LIFE ASSURANCE COMPANY OF CANADA**
Through its Agent for Service:
Louisiana Secretary of State
**8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809**

SERVED ON
R. KYLE ARDOIN
JUL 12 2018
SECRETARY OF STATE
COMMERCIAL DIVISION

Parish: **EAST BATON ROUGE**

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **ATTY. ROBERT R. FAUCHEUX, JR.** and was issued by the Clerk of Court on the **JUNE 29, 2018**

\* Also attached are the following documents:
**PETITION FOR BREACH OF CONTRACT**

*Latosha B. Gilyot*
**LATOSHA B. GILYOT**
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20____ AND ON THE _____ DAY OF _____, 20____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE  $ _____   BY: _____
MILEAGE $ _____         DEPUTY SHERIFF
TOTAL    $ _____

ORIGINAL – RETURN    COPY – SERVICE    COPY - CLERK

**EXHIBIT A**

40th JUDICIAL DISTRICT COURT

PARISH OF ST. JOHN THE BAPTIST

STATE OF LOUISIANA

LYNETTE G. HAGANS and KOVANA K. REESE, as co-tutrix
for the minor child, C█████ C. P█████, IV

VERSUS

SUN LIFE ASSURANCE COMPANY OF CANADA

Eliana DeFrancesch - Clerk of Court
Filed: Jun 29, 2018 10:45 AM

DEPUTY CLERK: _____72453_____

*********************132719865*********************************************

**_PETITION FOR BREACH OF CONTRACT_**

****************************************************************************

NOW INTO COURT, through undersigned counsel comes, Lynette G. Hagans and Kovana K. Reese, as the co-tutrix of the minor child, C█████ C. P█████ for the purpose of petitioning the court for a breach of contract by defendant, Sun Life Assurance Company of Canada, who with all due respect for the court represents the following:

I.

That your petitioners, Lynette G. Hagans, and Kovana K. Reese, are both persons of the full age of majority and residents and domiciliaries of the Parish of St. John the Baptist, State of Louisiana, and are the court appointed co-tutrix of the minor child, C█████ C. P█████, as per the Tutorship filed under Proceeding Number 6839, Division "A" in the above court.

II.

That the defendant to this cause of action is Sun Life Assurance Company of Canada.

That the defendant, Sun Life Assurance Company of Canada, is a foreign insurance corporation authorized to do business in the State of Louisiana, and was doing business in the State of Louisiana, and they may be served through their agent for service, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

III.

That defendant, Sun Life Assurance Company of Canada, provided a basic group life insurance policy for Cleveland C. Parquette, III, through his employer, Heico Holdings, Inc. d/b/a Ceco Concrete Construction, LLC, under group policy number 26723 in the amount of Thirty-Five Thousand and N0/100 ($35,000.00) Dollars.

**EXHIBIT A**

*IV.*

That Cleveland C. Parquette, III, died as a result of the massive injuries sustained in an automobile accident on April 21, 2013. No beneficiary was named on the insurance policy. Due to the fact the decedent, Cleveland C. Parquette, III, was not married and had only one son, C▮▮▮▮ C. P▮▮▮▮▮▮▮, his son is entitled to the death benefits due and owing on the life of his father, Cleveland C. Parquette, III.

*V.*

A tutorship proceeding has been filed into the record of the 40th Judicial District Court, St. John the Baptist Parish, under proceeding number 6839, Division "A", wherein Judge Madeline Jasmine signed an order appointing Lynette G. Hagans and Kovana C. Reese, as co-tutrix of the minor child, C▮▮▮▮ C. P▮▮▮▮▮▮▮ to handle all of the minor's affairs.

*VI.*

On September 4, 2014, counsel for petitioners received the Sun Life Death Benefits Claim Packet which they had requested from the decedent's employer, Ceco Concrete Construction, LLC. On September 9, 2014 petitioners returned the completed Death Benefits Claim Packet as instructed by Lauren Vanfossan, the Benefits Adminstrator. The returned packet included the forms, a copy of the autopsy, the tutorship which had been filed with the 40th Judicial District Court, and the Succession of C▮▮▮▮ C. P▮▮▮▮▮▮▮ which was sent to the Court for filing.

*VII.*

Correspondence was then sent to The Estate of Cleveland Parquette, III on September 17, 2014, which asked for the same documents that were sent in the September 9, 2014 correspondence. However, the Death Certificate of Cleveland Parquette, III was also requested in this correspondence. On October 10, 2014, the forms were filed out by Lynette Hagans, a certified copy of Cleveland Parquette's Death Certificate, a copy of the Autopsy Report, the Tutorship, and a copy of the Succession were again forwarded to the defendant in an attempt to get this matter resolved.

*VIII.*

A letter was received by your petitioner addressed to "The Estate of Cleveland Parquette, III", at her address, wherein the defendant wrote they sent correspondence in September and October regarding the review of the claim and not having a beneficiary named on the policy, and they asked for the same information that had been forwarded to them on two occasions prior, showing the minor

**EXHIBIT A**

child, C▮▮▮ P▮▮▮▮▮ was the only heir and entitled to the policy for his father, Cleveland C. Parquette, III, and a tutrix had been appointed to handle his affairs.

### IX.

Counsel for petitioners forwarded to the defendant, Sun Life Assurance Company of Canada, all of the documents that had previously been forwarded to their attention, with the last original Death Certificate in the file, in the hopes that they would pay the insurance policy of the deceased, Cleveland C. Parquette, III, to his only heir, C▮▮▮ C. P▮▮▮▮▮.

### X.

Defendant did not pay off the insurance policy and on June 22, 2015 and September 16, 2015 the same types of letters were sent to The Estate of Cleveland Parquette, III, requesting the same information that was sent to their attention on other occasions. Defendant did not one time make reference that petitioners were being represented by counsel and they should have been addressing the documentation to counsel's attention at his address in an attempt to resolve this matter.

### XI.

Counsel once again forwarded to the attention of Abigail James the requested documentation and a letter was sent to the Sun Life Financial Group Life Claims advising that we had provided the satisfactory proof of claim and we desired that they pay the insurance policy of Cleveland Parquette, III.

### XII.

Defendant, Sun Life Assurance Company of Canada, has failed to make payment of the group life insurance policy in the amount of Thirty-Five Thousand and N0/100 ($35,000.00) Dollars on Cleveland C. Parquette, III, to his rightful heir, C▮▮▮ C. P▮▮▮▮▮.

### XIII.

Your petitioners, Lynette G. Hagans and Kovana C. Reese, as the co-tutrix of the minor child, C▮▮▮ C. P▮▮▮▮▮ are further entitled to attorney's fees for the enforcement of the contract by and between the defendant and petitioners, and court cost for the bringing of this suit.

### XIV.

Your petitioners, Lynette G. Hagans and Kovana C. Reese, as the co-tutrix of the minor child, C▮▮▮ C. P▮▮▮▮▮ avers amicable demand all to no avail.

**WHEREFORE,** petitioners, Lynette G. Hagans and Kovana C. Reese, as the co-tutrix of the minor child, C▮▮▮ C. P▮▮▮▮▮ pray:

**EXHIBIT A**

a) That after due proceedings had there be judgment in favor of petitioners, Lynette G. Hagans and Kovana C. Reese, as the co-tutrix of the minor child, C████ C. P█████, and against defendant, Sun Life Assurance Company of Canada, in the sum of Thirty-Five Thousand and N0/100 ($35,000.00), plus interest, with legal interest thereon until paid.

b) That the defendants be ordered to pay attorneys fees and pay all costs of these proceedings; and,

c) For any and all other general and equitable relief as deemed necessary and proper by this Honorable Court.

Respectfully submitted,

FAUCHEUX LAW FIRM

*[signature]*

Robert R. Faucheux, Jr. - Bar # 5468
Christophe L. Faucheux - Bar # 36452
Lindsay M. Faucheux - Bar # 37115
P O. Box 1960
197 Belle Terre Blvd. (70068)
LaPlace, LA  70069-1960
Telephone: (985) 651-2889

**PLEASE SERVE:**

**Sun Life Assurance Company of Canada**
**Through Its Agent for Service**
**Louisiana Secretary of State**
8585 Archives Avenue
Baton Rouge, LA 70809

**EXHIBIT A**



R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

SS104 (R 06/18)



7017 2620 0000 8670 2431



U.S. POSTAGE >> PITNEY BOWES

ZIP 70802
02 4W $ 004.13⁰
0000352949 JUL 13 2018

**EXHIBIT A**