## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNETTE G. HAGANS and KOVANA K. REESE, as co-tutrix for the Minor child, C. C. P., IV, <br><br> Plaintiffs, <br><br> vs. <br><br> SUN LIFE ASSURANCE COMPANY OF CANADA, <br><br> Defendant. | Civil Action No. 2:18-cv-07044 <br><br> Section "H" <br> Judge Jane Milazzo <br><br> Division "4" <br> Magistrate Judge Karen Wells Roby |

### JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Defendant Sun Life Assurance Company of Canada ("Defendant") and Plaintiffs Lynette G. Hagans and Kovana K. Reese ("Plaintiffs") and files this Joint Motion to Dismiss with Prejudice. The parties have resolved Plaintiffs' claims and the parties seek an Order of Dismissal of the Petition for Breach of Contract. Defendant and Plaintiffs request that all of Plaintiffs' claims against Defendant be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Defendant and Plaintiffs pray that the Court enter an Order of Dismissal dismissing Plaintiffs' claims in their entirety with prejudice and that each party bear its own costs.

Respectfully submitted,

/s/ _____
Robert R. Faucheux, Jr.
Christopher L. Faucheux
Lindsay M. Faucheux
197 Belle Terre Blvd.
LaPlace, LA 70069
Telephone: (985) 651-2889
Facsimile: (985) 651-0151
robert@faucheuxlaw.com
christopher@faucheuxlaw.com
lindsay@faucheuxlaw.com

**Attorneys for Plaintiffs**

/s/ *Ellen C. Rains*
Ellen C. Rains, La. Bar. No. 36927
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
ellen.rains@ogletreedeakins.com

**Attorneys for Sun Life Assurance Company of Canada**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Dismiss has been filed via the Court's Electronic Case Filing System, which provides for service on all counsel of record.

This 16th day of July, 2019.

/s/ *Ellen C. Rains*
Ellen C. Rains