UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNETTE G. HAGANS and KOVANA K. REESE, as co-tutrix for the minor child, C. C. P., IV,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Defendant. | Civil Action No. 2:18-cv-07044<br><br>Section "H"<br>Judge Jane Milazzo<br><br>Division "4"<br>Magistrate Judge Karen Wells Roby |

## ORDER OF DISMISSAL

Considering the Joint Motion to Dismiss filed by Defendant Sun Life Assurance Company and Plaintiffs Lynette G. Hagans and Kovana K. Reese, and after consideration of same:

IT IS ORDERED that Plaintiffs Lynette G. Hagans and Kovana K. Reese's claims against Sun Life Assurance Company are hereby dismissed with prejudice and that each party will bear their own costs.

New Orleans, Louisiana this  17th  day of July, 2019.

_____
United States District Judge